# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:19-cv-01071-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.38.92.237, | |
| Defendant(s). | |

The law firm representing Plaintiff telephoned the undersigned's chambers twice regarding orders issued in this case. Counsel is reminded that the local rules prohibit *ex parte* communications. Local Rule IA 7-2(b). To the extent counsel has a docketing or clerical question, any communication should be directed to the Clerk's Office and not to chambers. To the extent counsel otherwise seeks relief from or clarification of an order or notice that has issued, a proper written request must be filed on the docket. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: September 25, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1